*Mecosta Circuit Court.*

## ALBERT J. BLANCHARD AND
## ESTELLA D. BLANCHARD ..

### vs.

## DAVID MOTT.

*Infant Mortgagor—Bill to Set Aside Mortgage.*

Mortgage on homestead is void, though signed by wife, unless she has attained the age of 21 years.

In this cause the bill was filed to set aside a mortgage executed by complainants to defendant, to secure the payment of a note for $140, for a pair of oxen sold by defendant to complainant, Albert J. Blanchard, on the ground that defendant, Estella D. Blanchard, was a minor, of the age of 18 years, at the time of the execution of the mortgage, which was given upon lands occupied by complainants as a homestead.

The cause came on for argument upon a stipulation as to facts, February 7, 1880, and a decision was rendered on the same day.

The Court, Brown, J., Held: That the mortgage was void for the reason that the wife, being a minor, could not execute the mortgage as contemplated by Section 6138 of the Comp. Laws of 1871, relating to mortgages of homesteads.

*Glidden & Marsh* for Complainant.

*E. F. Dewey* for Defendant.